448 A.2d 1143

Commonwealth v. Dyson, Appellant.
Reargument Denied Aug. 24, 1982.

Argued February 23, 1982.   Barry J. Cohen, for appellant;   James F. Marsh, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.

446 A.2d 700

Commonwealth v. Evans, Appellant.
Petition for Allowance of Appeal Denied Sept. 28, 1982.

Argued March 9, 1982. Joel W. Todd, for appellant;   Ron Eisenberg, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Order affirmed.